# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:20-cr-0038 |
| v. ) | |
| ) | |
| **NATASHA S V SEETARAM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Natasha Seetaram's ("Seetaram") plea of guilty (ECF No. 34) to Count One of the Indictment (ECF No. 1). After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Seetaram entered her guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Seetaram guilty as to Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 34) is **ADOPTED;** it is further

**ORDERED** that Defendant Natasha Seetaram's plea of guilty as to Count One of the Indictment (ECF No. 1) is **ACCEPTED,** and Defendant Seetaram is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than June 25, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than July 9, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than July 23, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than August 6, 2021; it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at 9:30 A.M. on August 13, 2021, in STT Courtroom No. 1 before District Judge Robert A. Molloy.

**Date:** March 30, 2021                     /s/ *Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **District Judge**